**FILED**
JUL 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BENSON E. PENICK<br>and CHERYL PENICK<br>408 M Street, N.W., Unit A<br>Washington, D.C. 20001<br><br>　　　　　Plaintiffs<br><br>　　vs.<br><br>APPLIANCE DISTRIBUTORS<br>UNLIMITED, INC.<br>5192 Raynor Avenue<br>Linthicum, Maryland 21090<br><br>　　　and<br><br>APPLIANCE DISTRIBUTORS<br>UNLIMITED OF VIRGINIA, INC.<br>d/b/a APPLIANCE DISTRIBUTORS<br>UNLIMITED<br>14911 Bogle Drive<br>Chantilly, Virginia 20151<br><br>　　　and<br><br>VIKING RANGE CORPORATION<br>111 Front Street<br>Greenwood, MS 38930<br><br>　　　and<br><br>VIKING RANGE CORPORATION,<br>INC.<br>220 W. Market Street<br>P.O. Box 8012<br>Greenwood, MS 38930-4329<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:08-cv-01313<br>)  Assigned To : Huvelle, Ellen S.<br>)  Assign. Date : 7/30/2008<br>)  Description: PI/Malpractice<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE. MD 20850
(301) 762-7770

2

## DISCLOSURE OF CORPORATE AFFILIATIONS
### AND FINANCIAL INTERESTS

I, the undersigned counsel of record for Defendant Appliance Distributors Unlimited of Virginia, Inc. d/b/a Appliance Distributors Unlimited (hereinafter "ADU Virginia") certify that to the best of my knowledge and belief, Defendant ADU Virginia is not an affiliate or parent of any corporation, and no corporate, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in LCvR7.1, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

The Defendant ADU Virginia was insured with NGM Insurance Company, which may have a financial interest in the outcome of the litigation.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

Respectfully submitted,

McCARTHY WILSON LLP

By: *[signature]*

Richard W. Evans (#448436)
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770 (phone)
(301) 762-0374 (fax)
evansr@mcwilson.com
www.attys@mcwilson.com
Attorneys for Defendant Appliance
Distributors Unlimited of Virginia
d/b/a Appliance Distributors
Unlimited

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Disclosure of Financial Interests and Corporate Affiliations was mailed, postage prepaid, this 30th day of July, 2008, to:

James W. Taglieri, Esquire
Cadeaux, Taglieri & Notarius, P.C.
1100 Connecticut Avenue, N.W.
Suite 800
Washington, D.C. 20036
*Attorney for Plaintiffs*

Mary Ann Fenner Medema, Esquire
Law Offices of Anthony D. Dwyer
6011 University Boulevard
Suite 480
Ellicott City, Maryland 21043
*Attorney for Defendants Viking Corporation
and Viking Corporation, Inc.*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

Richard E. Schimel, Esquire
*Budow & Noble*
7315 Wisconsin Avenue, Suite 500 West
Bethesda, Maryland 20814
*Attorney for Defendant Appliance Distributors Unlimited, Inc.*

Richard W. Evans  (#448436)

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770