UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BENSON E. PENICK**, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs**, | | |
| v. | | Civil Action No. 08-1313 (ESH) |
| **APPLIANCE DISTRIBUTORS UNLIMITED, INC.**, *et al.*, | | |
| **Defendants**. | | |

## ORDER

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the [federal] district court . . . ." Because federal courts are courts of limited jurisdiction, the removal statute is to be strictly construed. *Williams v. Howard Univ.*, 984 F. Supp. 27, 29 (D.D.C. 1997) (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 100-07 (1941)). Accordingly, where there are multiple defendants who have been served, as is the case here, removal is appropriate only when each defendant unambiguously and independently consents to removal. *Id.*; *Kopff v. World Research Group*, 298 F. Supp. 2d 50, 54 (D.D.C. 2003). Since all defendants did not join in the Notice of Removal or otherwise timely consent to removal, this case is hereby remanded to the Superior Court of the District of Columbia. The Clerk of the Court is directed to remove this case from the docket of this Court and to remand it to Superior Court.

**SO ORDERED**.

                                                            _____/s/_____
                                              ELLEN SEGAL HUVELLE
                                              United States District Judge

Date: August 12, 2008